| | |
|---|---|
| ROD M. FLIEGEL, Bar No. 168289<br>rfliegel@littler.com<br>FRANCESCA M. LANPHER, Bar No. 299318<br>flanpher@littler.com<br>LITTLER MENDELSON, P.C.<br>333 Bush Street, 34th Floor<br>San Francisco, California 94104<br>Telephone: 415.433.1940<br>Facsimile: 415.399.8490<br><br>WILLIAM J. SIMMONS, Bar No. 02158-2007*<br>wsimmons@littler.com<br>LITTLER MENDELSON, P.C.<br>Three Parkway<br>1601 Cherry Street, Suite 1400<br>Philadelphia, Pennsylvania 19102.1321<br>Telephone: 267.402.3000<br>Facsimile: 267.402.3131<br><br>Attorneys for Defendant<br>CHECKR, INC. | Erika A. Heath (SBN 304683)<br>eheath@consumerlawfirm.com<br>FRANCIS MAILMAN SOUMILAS, P.C.<br>369 Pine Street, Suite 410<br>San Francisco, CA 94104<br>Tel: 628-246-1352<br>Fax: 215-940-8000<br><br>James A. Francis*<br>jfrancis@consumerlawfirm.com<br>John Soumilas*<br>jsoumilas@consumerlawfirm.com<br>Lauren KW Brennan*<br>lbrennan@consumerlawfirm.com<br>FRANCIS MAILMAN SOUMILAS, P.C.<br>1600 Market Street, Suite 2510<br>Philadelphia, PA 19110<br>Tel: (215) 735-8600<br>Fax: (215) 940-8000<br><br>Attorneys for Plaintiff<br>DAVID EDWARD WATSON<br><br>*Pro Hac Vice |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EDWARD WATSON,<br><br>   Plaintiff,<br><br>v.<br><br>CHECKR, INC.,<br><br>   Defendant. | Case No.  3:19-CV-03396-EMC<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION REGARDING DEADLINES WITH [PROPOSED] ORDER** |

The parties hereby notify the Court that they have reached a settlement in principle in the captioned matter. The proposed settlement is anticipated to include relief on behalf of certain putative absent class members as defined by the parties, and therefore the parties agree and stipulate as follows:

(1) Checkr's motion to compel arbitration (ECF No. 39) is withdrawn without prejudice to Checkr re-filing in the event that the parties' settlement is not finally approved and the case ultimately being closed, and the hearing currently set for December 3, 2020 on the motion to compel arbitration

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

1.
NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION REGARDING
DEADLINES WITH [PROPOSED] ORDER

should be vacated.  The parties agree Checkr has not waived any right or defense, including the ability to compel arbitration.  As a result, Plaintiff shall not be required to file a response to the motion to compel arbitration on the present deadline for same, November 2, 2020.

(2) The parties propose that a motion for preliminary approval of the settlement be filed on or before <u>January 15, 2021</u>, and that a hearing date be set on the motion for preliminary approval at a date and time that is convenient to the Court.

RESPECTFULLY SUBMITTED:

Dated: November 2, 2020

*/s/ Rod M. Fliegel*
ROD M. FLIEGEL
LITTLER MENDELSON, P.C.
Attorneys for Defendant

*/s/ John Soumilas*
James A. Francis
John Soumilas
Erika A. Heath
Lauren KW Brennan
FRANCIS MAILMAN SOUMILAS, P.C.
Attorneys for Plaintiff
DAVID EDWARD WATSON

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: November 2, 2020

*/s/ Rod M. Fliegel*
Rod M. Fliegel

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

2.
NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION REGARDING DEADLINES WITH [PROPOSED] ORDER

**[PROPOSED] ORDER**

Upon consideration, the Court hereby ORDERS that Defendant Checkr, Inc.'s Motion to Compel Arbitration is hereby deemed WITHDRAWN WITHOUT PREJUDICE and without waiver of any right to re-assert same, the response date for Plaintiff to respond is hereby VACATED, and the hearing on said motion for December 3, 2020 is hereby VACATED.  The motion for preliminary approval of settlement is to be filed on or before January 15, 2021.

**IT IS SO ORDERED.**

Dated: __November 5_____, 2020

_____
UNITED STATES DISTRICT JUDGE
EDWARD M. CHEN

4838-0885-2944.2

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

3.
NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION REGARDING DEADLINES WITH [PROPOSED] ORDER