ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
FRANCESCA M. LANPHER, Bar No. 299318
flanpher@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

WILLIAM J. SIMMONS, Bar No. 02158-2007*
wsimmons@littler.com
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, Pennsylvania 19102.1321
Telephone: 267.402.3000
Facsimile: 267.402.3131

Attorneys for Defendant
CHECKR, INC.

Erika A. Heath (SBN 304683)
eheath@consumerlawfirm.com
FRANCIS MAILMAN SOUMILAS, P.C.
369 Pine Street, Suite 410
San Francisco, CA 94104
Tel: 628-246-1352
Fax: 215-940-8000

James A. Francis*
jfrancis@consumerlawfirm.com
John Soumilas*
jsoumilas@consumerlawfirm.com
Lauren KW Brennan*
lbrennan@consumerlawfirm.com
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19110
Tel: (215) 735-8600
Fax: (215) 940-8000

Attorneys for Plaintiff
DAVID EDWARD WATSON

*Pro Hac Vice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EDWARD WATSON,<br><br>           Plaintiff,<br><br>     v.<br><br>CHECKR, INC.,<br><br>           Defendant. | Case No. 3:19-CV-03396-EMC<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER REGARDING PRELIMINARY APPROVAL MOTION DEADLINE** |

The parties previously notified the Court that they reached a settlement in principle in the captioned matter, which includes relief on behalf of certain putative absent class members as defined by the parties. The current deadline to submit a motion for preliminary approval is January 15, 2021. Due to a variety of family medical issues, the continued worsening of COVID-19 in California in particular and in the rest of the country generally, and other unexpected events, the Parties have determined that they need additional time to finalize the filings that will be required for the motion for

1.
STIPULATION AND [~~PROPOSED~~] ORDER
REGARDING PRELIMINARY APPROVAL MOTION DEADLINE

preliminary approval. Therefore, the Parties hereby agree and stipulate, and thereby respectfully request and so order that the deadline for submission of the motion for preliminary approval be extended until February 10, 2021, and that that a hearing date be set on the motion for preliminary approval at a date and time thereafter that is convenient to the Court.

RESPECTFULLY SUBMITTED:

Dated: January 5, 2021

/s/ Rod M. Fliegel
ROD M. FLIEGEL
LITTLER MENDELSON, P.C.
Attorneys for Defendant

/s/ John Soumilas
James A. Francis
John Soumilas
Erika A. Heath
Lauren KW Brennan
FRANCIS MAILMAN SOUMILAS, P.C.
Attorneys for Plaintiff
DAVID EDWARD WATSON

## SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: January 5, 2021

/s/ Rod M. Fliegel
Rod M. Fliegel

**[PROPOSED] ORDER**

Upon consideration, the Court hereby ORDERS for good cause shown that the deadline for the motion for preliminary approval of settlement is hereby EXTENDED until February 10, 2021.

**IT IS SO ORDERED.**

Dated: January 8, 2021

_____
UNITED STATES DISTRICT JUDGE
EDWARD M. CHEN