| | |
|---|---|
| Erika Angelos Heath (SBN 304683)<br>FRANCIS MAILMAN SOUMILAS, P.C.<br>369 Pine Street, Suite 410<br>San Francisco, CA 94104<br>Tel:  (628) 246-1352<br>Fax:  (215) 940-8000<br>eheath@consumerlawfirm.com<br><br>James A. Francis*<br>John Soumilas*<br>Lauren KW Brennan*<br>Edward H. Skipton*<br>FRANCIS MAILMAN SOUMILAS, P.C.<br>1600 Market Street, Suite 2510<br>Philadelphia, PA 19110<br>T: (215) 735-8600<br>F: (215) 940-8000<br>jfrancis@consumerlawfirm.com<br>jsoumilas@consumerlawfirm.com<br>lbrennan@consumerlawfirm.com<br>eskipton@consumerlawfirm.com<br><br>*Admitted *pro hac vice*<br><br>*Attorneys for Plaintiff<br>and the Proposed Classes* | ROD M. FLIEGEL (SBN 168289)<br>rfliegel@littler.com<br>FRANCESCA LANPHER (SBN 139885)<br>jleader@littler.com<br>LITTLER MENDELSON, P.C.<br>333 Bush Street, 34th Floor<br>San Francisco, California  94104<br>Telephone: 415.433.1940<br>Facsimile: 415.399.8490<br><br>WILLIAM J. SIMMONS[+]<br>wsimmons@littler.com<br>LITTLER MENDELSON, P.C<br>Three Parkway<br>1601 Cherry Street, Suite 1400<br>Philadelphia, Pennsylvania 19102.1321<br>Telephone: 267.402.3000<br>Facsimile : 267.402.3131<br><br><br><br><br><br>[+] *Pro hac vice* application forthcoming<br><br>*Attorneys for Defendant Checkr, Inc.* |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EDWARD WATSON,<br><br>    *Plaintiff*,<br><br>v.<br><br><br>CHECKR, INC.,<br><br>    *Defendant*. | Case No.  3:19-CV-03396-EMC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PRELIMINARY APPROVAL MOTION DEADLINE** |

       Pursuant to Northern District Civil Local Rule 7-12, Plaintiff DAVID EDWARD WATSON ("Plaintiff") and Defendant CHECKR, INC. ("Defendant") (collectively, "Parties"), by and through their respective counsel of record, hereby jointly stipulate and request the Court

to extend the deadline to file a motion for preliminary approval of their class action settlement, currently set for February 10, 2021, for an additional 45 days while the parties finalize their settlement agreement based on the following recitals:

WHEREAS, Plaintiff filed the initial Class Action Complaint in this action on June 13, 2019;

WHEREAS, on November 2, 2020, after successful mediations, the parties notified the Court of their settlement of the case;

WHEREAS, the parties originally requested through January 15, 2020, to file a motion for preliminary approval of their settlement agreement;

WHEREAS, on January 5, 2021, the parties requested an extension through February 10, 2021, to file their motion for preliminary approval;

WHEREAS, the parties have continued to work diligently towards finalizing their agreement, but have been further delayed as a result of one of Plaintiff's attorneys suffering from a serious health issues;

WHEREAS, the attorneys for the Parties have a long history of working together cooperatively in similar types of cases;

WHEREAS, the Parties agree that, based on the foregoing, a stay of the deadline to file a motion for preliminary approval for 45 days to allow them to complete their settlement would be the most efficient use of the Court's and the Parties' resources;

NOW THEREFORE, the Parties jointly stipulate to, and request, the deadline to file a motion for preliminary approval be extended for 45 days, through and including March 29, 2021.

Dated:  February 3, 2021

/s/ Rod Fliegel
Rod M. Fliegel
William J. Simmons
Francesca Lanpher
LITTLER MENDELSON, P.C.
Attorneys for Defendant
CHECKR, INC.

Dated:  February 3, 2021

/s/ Erika Heath
James A. Francis
John Soumilas
Lauren KW Brennan
Edward H. Skipton
Erika Angelos Heath
FRANCIS MAILMAN SOUMILAS, P.C.
Attorneys for Plaintiff
DAVID EDWARD WATSON

## SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated:  February 3, 2021

/s/ Erika Heath
Erika Angelos Heath
FRANCIS MAILMAN SOUMILAS, P.C.
Attorneys for Plaintiff
DAVID EDWARD WATSON

**[PROPOSED] ORDER**

Upon consideration, the Court hereby ORDERS for good cause shown that the deadline for the motion for preliminary approval of settlement is hereby EXTENDED until March 29, 2021.

IT IS SO ORDERED.

Dated: __February 5__, 2021

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE