| | |
|---|---|
| ROD M. FLIEGEL, Bar No. 168289<br>rfliegel@littler.com<br>FRANCESCA M. LANPHER, Bar No. 299318<br>flanpher@littler.com<br>LITTLER MENDELSON, P.C.<br>333 Bush Street, 34th Floor<br>San Francisco, California  94104<br>Telephone:     415.433.1940<br>Facsimile:     415.399.8490<br><br>WILLIAM J. SIMMONS, Bar No. 02158-2007*<br>wsimmons@littler.com<br>LITTLER MENDELSON, P.C.<br>Three Parkway<br>1601 Cherry Street, Suite 1400<br>Philadelphia, Pennsylvania  19102.1321<br>Telephone:     267.402.3000<br>Facsimile:     267.402.3131<br><br>Attorneys for Defendant<br>CHECKR, INC. | Erika A. Heath (SBN 304683)<br>eheath@consumerlawfirm.com<br>FRANCIS MAILMAN SOUMILAS, P.C.<br>369 Pine Street, Suite 410<br>San Francisco, CA 94104<br>Tel: 628-246-1352<br>Fax: 215-940-8000<br><br>James A. Francis*<br>jfrancis@consumerlawfirm.com<br>John Soumilas*<br>jsoumilas@consumerlawfirm.com<br>Lauren KW Brennan*<br>lbrennan@consumerlawfirm.com<br>FRANCIS MAILMAN SOUMILAS, P.C.<br>1600 Market Street, Suite 2510<br>Philadelphia, PA 19110<br>Tel: (215) 735-8600<br>Fax: (215) 940-8000<br><br>Attorneys for Plaintiff<br>DAVID EDWARD WATSON<br><br>*Pro Hac Vice |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EDWARD WATSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHECKR, INC.,<br><br>　　　　　Defendant. | Case No.  3:19-CV-03396-EMC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PRELIMINARY APPROVAL MOTION DEADLINE** |

The parties previously notified the Court that they reached a settlement in principle in the captioned matter, which includes relief on behalf of certain putative absent class members as defined by the parties.

The current deadline for Plaintiff to submit his motion for preliminary approval is April 12, 2021.

1.

The parties are working diligently to finalize the settlement agreement and related documents, such as the proposed notices to class members, but need further time to finalize the documents.

Based on the foregoing, the parties hereby agree and stipulate, and thereby respectfully request, that the deadline for submission of the motion for preliminary approval be extended until April 19, 2021, and that that a hearing date be set on the motion for preliminary approval at a date and time thereafter that is convenient to the Court.

RESPECTFULLY SUBMITTED:

Dated: April 9, 2021

*/s/ Rod M. Fliegel*
ROD M. FLIEGEL
LITTLER MENDELSON, P.C.
Attorneys for Defendant

*/s/ John Soumilas*
James A. Francis
John Soumilas
Erika A. Heath
Lauren KW Brennan
FRANCIS MAILMAN SOUMILAS, P.C.
Attorneys for Plaintiff
DAVID EDWARD WATSON

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: April 9, 2021              */s/ Rod M. Fliegel*
                                  Rod M. Fliegel

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

2.
STIPULATION AND [PROPOSED] ORDER REGARDING PRELIMINARY APPROVAL MOTION DEADLINE

**[~~PROPOSED~~] ORDER**

Upon consideration, the Court hereby ORDERS for good cause shown that the deadline for the motion for preliminary approval of settlement is hereby EXTENDED until April 19, 2021.

**IT IS SO ORDERED.**

Dated: __April 9_____, 2021

_____
UNITED STATES DISTRICT JUDGE
EDWARD M. CHEN

4841-5048-0613.1 / 091435-1037

3.
STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PRELIMINARY APPROVAL MOTION DEADLINE

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940