Erika Angelos Heath (SBN 304683)
FRANCIS MAILMAN SOUMILAS, P.C.
369 Pine Street, Suite 410
San Francisco, CA 94104
Tel:   (628) 246-1352
Fax:   (215) 940-8000
eheath@consumerlawfirm.com

James A. Francis*
John Soumilas*
Lauren KW Brennan*
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19110
T: (215) 735-8600
F: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
lbrennan@consumerlawfirm.com

*Admitted *pro hac vice*

*Attorneys for Plaintiff
and the Settlement Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EDWARD WATSON,<br><br>   *Plaintiff*,<br><br>v.<br><br>CHECKR, INC.,<br><br>   *Defendant*. | Case No. 3:19-CV-03396-EMC<br><br>**SECOND SUPPLEMENTAL BRIEF REGARDING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiff David Edward Watson, through counsel, hereby respectfully submits this Second Supplemental Brief addressing the Court's directions during the May 28, 2021 hearing on the Motion for Preliminary Approval of the Class Action Settlement. ECF 71.

Pursuant to the Court's direction Plaintiff conferred with Defendant Checkr, Inc. and agreed to revise the Settlement Agreement in response to the Court's direction. The parties memorialized these changes in an Addendum to the Settlement Agreement, attached hereto. Additionally, the parties have agreed to a Revised Exhibit C to the Settlement Agreement, as set forth in the Addendum.

In light of these changes, and for the reasons set forth in Plaintiff's Motion for Preliminary Approval (ECF 66) and Supplemental Brief in Support of Preliminary Approval (ECF 70), Plaintiff respectfully requests that this Court enter the Order Preliminarily Approving Settlement and Directing Notice to the Settlement Class, submitted as Exhibit B to the Settlement Agreement (ECF 66-1 at pp. 36-41) and submitted again herewith for the Court's convenience.

RESPECTFULLY SUBMITTED AND DATED this 15th day of June, 2021.

By: */s/ John Soumilas*
James A. Francis*
John Soumilas*
Lauren KW Brennan*
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19110
T: (215) 735-8600
F: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
lbrennan@consumerlawfirm.com

Erika Angelos Heath (SBN 304683)
FRANCIS MAILMAN SOUMILAS, P.C.
369 Pine Street, Suite 410
San Francisco, CA 94104
Tel: (628) 246-1352
Fax: (215) 940-8000
eheath@consumerlawfirm.com

*Admitted *pro hac vice*

*Attorneys for Plaintiff and the Settlement Class*

SECOND SUPPLEMENTAL BRIEF RE: PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was electronically filed and served, via the Court's ECF system, on this 15th day of June, 2021. The Court's ECF system will generate a Notice of Electronic Filing upon all counsel.

                                              */s/ John Soumilas*
                                              John Soumilas

SECOND SUPPLEMENTAL BRIEF RE: PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT